USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
SHAMIEKA DEAN,

<div style="margin-left:2em">Plaintiff,</div>

19 **CIVIL** 3608 (JLC)

<div style="margin-left:1em">-v-</div>

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
<div style="margin-left:6em">Defendant.</div>
-------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 27, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
<div style="margin-left:3em">May 28, 2020</div>

<div style="margin-left:30em">
RUBY J. KRAJICK
_____
Clerk of Court
</div>

BY:

<div style="margin-left:30em">
_____
Deputy Clerk
</div>